Certificate of Registration     **EXHIBIT "A"**




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-281-825**

**Effective Date of Registration:**
December 08, 2021
**Registration Decision Date:**
January 11, 2022

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

### Title

**Title of Work:** Zoe Kravitz by Zoey Grossman Rolling Stone 2018 Outtake (ZGR18011)

### Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 07, 2018
**Nation of 1st Publication:** United States

### Author

- **Author:** Zoey Grossman
  **Author Created:** Photograph
  **Citizen of:** United States
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Zoey Grossman
1339 McCollum Street, Los Angeles, CA, United States, 90026, United States

### Rights and Permissions

**Organization Name:** Creative Photographers Inc
**Name:** Geoffrey Katz
**Email:** geoff@cpi-ny.com
**Telephone:** (212)683-1455
**Address:** 420 East 61st Street Apt 28 E
New York, NY 10065  United States

Page 1 of 2

## Certification

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** December 08, 2021
**Applicant's Tracking Number:** USCO-08148

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.