# PSEUDO LABS

HOME   SHOP   PHRECKLES SHADE QUIZ   OUR STORY



# Recreating Celebrity Freckles using PHreckles From Pseudo Labs

October 20, 2023  •  Carly Plemons  •  15 comments



Recreating Celebrity Freckles using PHr... Watch later Share

We live in a digital age where inspiration lives right under our thumbs, allowing us to easily and (literally) tap into inspo left and right. The posts that live in my saved folder via Instagram have an endless number of style mavens, beauty gurus and celebrity looks that I one day hope to find the time to recreate. My most prized saved folder is perhaps celeb freckles. A neat little file tucked away with beautiful faces topped off with perfectly placed little spots.

I took my dilemma to the team and said enough is enough. Today is the day we set aside time to live out the dreaminess that is our saved posts and pins. A few of us chose some of our favorite celeb freckles to recreate using PHreckles shades 01, 02, and 03.



- Alia Shawkat @__mutantalia__

How can you ignore such a stunning painted face? Alia Shawkat has frecks that can be perfectly recreated using a combo of shades 02 and 03! I would use shade 02 all over and shade 03 for those darker beauty marks to add a little extra dimension across your t-zone.



- Gabrielle Union @gabunion

Gab has been the skin queen during this quarantine, only using bronzer and her natural freckles fro her Insta look. Achieving this subtle freckled look only takes shade 02 or 03 dusted or tapped into the cheekbones and little under the eyes. Make sure you've got your SPF on and BOOM.



- Olivia Munn @oliviamunn

Olivia Munn has more subtle freckles concentrated around her cheekbones, bridge of her nose, and highlighting directly above her eyebrows. These lighter freckles can be recreated using a combination of PHreckles shades 01 and 02. The trick to recreating these is to pat each freckle out for a more seamless blend.



- Zoë Kravitz @zoeisabellakravitz

Zoë is probably on every inspo board known to man, or at least should be. Using shade 02 dabbed onto the bridge of the nose and flicked on to the apples of the cheeks, you'll be able to nail this freckle inspo, easy. You can even go in with a dot or two of shade 03 to get that beauty mark between her chin and smile!



- Rashida Jones @rashidajones

To get this golden hour goddess look as close as possible to the lovely Rashida Jones' natural freckles, go in by flicking shade 01 close together across the nose, and a little more separated around the cheek area. Dab out each freckle for a natural blend!



- Lucy Liu @lucyliu

I adore Lucy! Her natural freckles are ones I could dream of… or dare I say attempt to recreate? I'd say her frecks can be mimicked using a combination of shades 01 and 02. Try thinly layering them for the added dimension.



- Alicia Keys @aliciakeys

I admire Alicia's no makeup looks that really accentuate her natural freckles and AMAZING skin. To get her freckles, dot shade 03 around the eyes, nose, and chin. You could even dust shade 02 on the bridge of the nose to get her Freckles.



- Nia Long @iamnialong

Nia has very subtle freckles painted across the cheekbones and nose. Shade 02 lightly flicked across those areas should do the trick for her stunning spots.



- Aleece Wilson @oddfreckles

I love that Aleece embraces her freckles, even incorporating them into her Instagram username. To recreate her eye-catching freckles, try using PHreckles shade 01 & 02 all over and dab each spot into the skin. You could even use the pick to dot some extra spots and tap it with your finger, adding extra larger and spread out PHreckles as well.



- Meghan Markle

I feel like everyone can recognize this dazzling canvas. Concentrate shade 02 around the nose and forehead areas if you are looking to recreate Meghan's natural specks. Add a few dots of pigments for her more concentrated color.



- Jesse Williams @ijessewilliams

You can't forget about Jesse! His freckles will melt your heart. Using shade 02 and dabbing across the cheeks and nose will help you get this look, flawlessly.



- Maya Rudolph @princesstagramslam

Maya's enticing spots are my favorite! Add a few dabs of shade 03 to get the more concentrated pigment and scatter the freckles across the face. Even layering shade 02 on the bridge of the nose and subtlety under the eyes will make this an incredible recreation.



- Kesha @iiswhoiis

Finally, we can't forget about Kesha, she's a shade 01 for sure. A light dusting of PHreckles concentrated on the T-Zone, blending as you go, will help to bring this dream of a freckled face to reality.

Share

← BACK TO IN PSEUDO

← 10 Easy Waste-Reducing Swaps for an Eco-Friendly Lifestyle             The Secret to Minimalist Makeup →

15 COMMENTS


HTTPS://JENNYCASINO.COM/ — February 27, 2024
I read the article and I will tell you about the opinion of the streamer about gambling streams. I think that any streams have the right to exist, including streams with casino games, even if these Twitch streams are controversial, because there are many users who just want to have fun, not necessarily playing for money. I think the only sanction that Twitch can take is the demonetization of channels, especially since, if desired, any player can play online casinos for free without betting money, just for fun, or at least play for casino bonuses https://jennycasino.com/ games and slot machines, which can also give you pleasure in gaming entertainment. The free game is also interesting and if anyone needs it, then it must exist.


شركات نقل العفش بجدة — January 30, 2023
شركات نقل العفش
https://emc-mee.com/blog.html شركات نقل العفش
اهم شركات كشف تسربات المياه بالدمام كذلك معرض اهم شركة مكافحة حشرات بالدمام والخبر والجبيل والخبر والاحساء والقطيف كذلك شركة تنظيف خزانات بجدة ومكافحة الحشرات بالدمام وكشف تسربات المياه بالجبيل والتنظيف والخبر والدمام
https://emc-mee.com/cleaning-company-yanbu.html شركة تنظيف بينبع
https://emc-mee.com/blog.html شركة نقل عفش
اهم شركات مكافحة حشرات بالخبر كذلك معرض اهم شركة مكافحة حشرات بالدمام والخبر والجبيل والخبر والاحساء والقطيف كذلك شركة رش حشرات بالدمام ومكافحة الحشرات بالخبر
https://emc-mee.com/anti-insects-company-dammam.html شركة مكافحة حشرات بالدمام
شركة تنظيف خزانات بجدة الجوهرة من افضل شركات تنظيف الخزانات بجدة حيث ان تنظيف خزانات بجدة يحتاج الى مهارة فى كيفية تنظيف الخزانات الكبيرة والصغيرة بجدة على ايدى متخصصين فى تنظيف الخزانات بجدة
https://emc-mee.com/tanks-cleaning-company-jeddah.html شركة تنظيف خزانات بجدة
https://emc-mee.com/water-leaks-detection-isolate-company-dammam.html شركة كشف تسربات المياه بالدمام
https://emc-mee.com/ شركة الفا لنقل عفش واثاث
https://emc-mee.com/transfer-furniture-jeddah.html شركة نقل عفش بجدة
https://emc-mee.com/transfer-furniture-almadina-almonawara.html شركة نقل عفش بالمدينة المنورة
https://emc-mee.com/movers-in-riyadh-company.html شركة نقل اثاث بالرياض
https://emc-mee.com/transfer-furniture-dammam.html شركة نقل عفش بالدمام
https://emc-mee.com/transfer-furniture-taif.html شركة نقل عفش بالطائف
https://emc-mee.com/transfer-furniture-mecca.html شركة نقل عفش بمكة
https://emc-mee.com/transfer-furniture-yanbu.html شركة نقل عفش بينبع
https://emc-mee.com/transfer-furniture-alkharj.html شركة نقل عفش بالخرج
https://emc-mee.com/transfer-furniture-buraydah.html شركة نقل عفش ببريدة
https://emc-mee.com/transfer-furniture-khamis-mushait.html شركة نقل عفش بخميس مشيط
https://emc-mee.com/transfer-furniture-qassim.html شركة نقل عفش بالقصيم
https://emc-mee.com/transfer-furniture-tabuk.html شركة نقل عفش بتبوك
https://emc-mee.com/transfer-furniture-abha.html شركة نقل عفش بابها
https://emc-mee.com/transfer-furniture-najran.html شركة نقل عفش بنجران
https://emc-mee.com/transfer-furniture-hail.html شركة نقل عفش بحائل
https://emc-mee.com/transfer-furniture-dhahran.html شركة نقل عفش بالظهران
https://emc-mee.com/transfer-furniture-kuwait.html شركة نقل عفش بالكويت
https://emc-mee.com/price-transfer-furniture-in-khamis-mushit.html اسعار شركات نقل عفش بخميس مشيط
https://emc-mee.com/numbers-company-transfer-furniture-in-khamis-mushit.html ارقام شركات نقل عفش بخميس مشيط
https://emc-mee.com/new-company-transfer-furniture-in-khamis-mushit.html شركة نقل عفش بخميس مشيط جديدة
https://emc-mee.com/transfer-furniture-from-khamis-to-riyadh.html شركة نقل عفش من خميس مشيط الى الرياض
https://emc-mee.com/transfer-furniture-from-khamis-mushait-to-mecca.html شركة نقل عفش من خميس مشيط الى مكة
https://emc-mee.com/transfer-furniture-from-khamis-mushait-to-jeddah.html شركة نقل عفش من خميس مشيط الى جدة
https://emc-mee.com/transfer-furniture-from-khamis-mushait-to-medina.html شركة نقل عفش من خميس مشيط الى المدينة المنورة
https://emc-mee.com/best-10-company-transfer-furniture-khamis-mushait.html افضل 10 شركات نقل عفش بخميس مشيط
https://emc-mee.com/%D8%B4%D8%B1%D9%83%D9%87-%D9%86%D9%82%D9%84-%D8%B9%D9%81%D8%B4-%D8%A8%D8%AC%D8%AF%D9%87.html
https://emc-mee.com/%D8%B4%D8%B1%D9%83%D9%87-%D9%86%D9%82%D9%84-%D8%A7%D8%AB%D8%A7%D8%AB-%D8%A8%D8%AC%D8%AF%D9%87.html


شركة كيان لنقل العفش — January 30, 2023
شركة كيان لنقل العفش بالرياض والمدينة المنورة وجدة ومكة والطائف والدمام تقديم لكم دليل كامل لشركات نقل العفش بالمملكة العربية السعودية
http://mycanadafitness.com/ شركة كيان لنقل العفش
http://mycanadafitness.com/forum.html منتدي نقل العفش
http://mycanadafitness.com/movingfurnitureriyadh.html شركة نقل اثاث بالرياض
http://mycanadafitness.com/movingfurniturejaddah.html شركة نقل اثاث بجدة
http://mycanadafitness.com/movingfurnituremecca.html شركة نقل اثاث بمكة
http://mycanadafitness.com/movingfurnituretaif.html شركة نقل اثاث بالطائف
http://mycanadafitness.com/movingfurnituremadina.html شركة نقل اثاث بالمدينة المنورة
http://mycanadafitness.com/movingfurnituredammam.html شركة نقل اثاث بالدمام
http://mycanadafitness.com/movingfurniturekhobar.html شركة نقل اثاث بالخبر

Captured by FireShot Pro: 21 August 2024, 09:51:00
https://getfireshot.com

شركة نقل اثاث بالظهران http://mycanadafitness.com/movingfurnituredhahran.html
شركة نقل اثاث بالجبيل http://mycanadafitness.com/movingfurniturejubail.html
شركة نقل اثاث بالقطيف http://mycanadafitness.com/movingfurnitureqatif.html
شركة نقل اثاث بالاحساء http://mycanadafitness.com/movingfurnitureahsa.html
شركة نقل اثاث بالخرج http://mycanadafitness.com/movingfurniturekharj.html
شركة نقل اثاث بخميس مشيط http://mycanadafitness.com/movingfurniturekhamismushit.html
شركة نقل اثاث بابها http://mycanadafitness.com/movingfurnitureabha.html
شركة نقل اثاث بنجران http://mycanadafitness.com/movingfurniturenajran.html
شركة نقل اثاث بجازان http://mycanadafitness.com/movingfurniturejazan.html
شركة نقل اثاث بعسير http://mycanadafitness.com/movingfurnitureasir.html
شركة نقل اثاث بحائل http://mycanadafitness.com/movingfurniturehail.html
شركة نقل عفش بالقصيم http://mycanadafitness.com/movingfurnitureqassim.html
شركة نقل اثاث بينبع http://mycanadafitness.com/movingfurnitureyanbu.html
شركة نقل عفش ببريدة http://mycanadafitness.com/movingfurnitureburaidah.html
شركة نقل عفش بحفر الباطن http://mycanadafitness.com/movingfurniturehafralbatin.html
شركة نقل عفش برابغ http://mycanadafitness.com/movingfurniturerabigh.html
شركة نقل عفش بتبوك http://mycanadafitness.com/movingfurnituretabuk.html
شركة نقل عفش بعسفان http://mycanadafitness.com/movingfurnitureasfan.html
شركة نقل عفش بشرورة http://mycanadafitness.com/movingfurnituresharora.html
شركات نقل العفش بالرياض http://mycanadafitness.com/companis-moving-riyadh.html
سيارات نقل العفش بالرياض http://mycanadafitness.com/cars-moving-riyadh.html
ارقام شركات نقل العفش بالرياض http://mycanadafitness.com/company-number-moving-riyadh.html
شركات نقل العفش بجدة http://mycanadafitness.com/company-moving-jeddah.html
اسعار نقل العفش بجدة http://mycanadafitness.com/price-moving-jeddah.html
شركات نقل العفش بمكة http://mycanadafitness.com/company-moving-mecca.html



شركة نقل عفش بالمدينة المنورة   —   January 30, 2023

https://fullservicelavoro.jimdosite.com/
http://treeads.nation2.com/
https://jumperads.yolasite.com/
http://jumperads.nation2.com/
http://transferefurniture.hatenablog.com
https://atar-almadinah.weebly.com/
https://allmoversinriyadh.wordpress.com/
https://allmoversinriyadh.wordpress.com/2022/04/09/%d8%b4%d8%b1%d9%83%d8%a9-%d8%aa%d9%86%d8%b8%d9%8a%d9%81-%d8%a8%d8%a7%d9%84%d8%b1%d9%8a%d8%a7%d8%b6-%d9%85%d8%ac%d8%b1%d8%a8%d8%a9/
https://allmoversinriyadh.wordpress.com/2022/04/07/%d8%a7%d9%81%d8%b6%d9%84-%d8%b4%d8%b1%d9%83%d8%a9-%d9%86%d9%82%d9%84-%d8%a8%d8%a7%d9%84%d8%b1%d9%8a%d8%a7%d8%b6/
https://allmoversinriyadh.wordpress.com/2022/05/13/%d8%b4%d8%b1%d9%83%d8%a9-%d9%86%d9%82%d9%84-%d8%b9%d9%81%d8%b4-%d9%88%d8%ba%d8%b1%d9%81-%d8%a7%d9%84%d9%86%d9%88%d9%85-%d8%a8%d8%a7%d9%84%d8%b1%d9%8a%d8%a7%d8%b6/
https://companymoversinjeddah.wordpress.com/
https://moversfurniture2018.wordpress.com/2018/12/30/%D8%A7%D9%87%D9%85-%D9%85%D9%83%D8%A7%D8%AA%D8%A8-%D9%88%D9%85%D8%A4%D8%B3%D8%B3%D8%A7%D8%AA-%D8%B4%D8%B1%D9%83%D8%A7%D8%AA-%D9%86%D9%82%D9%84-%D8%B9%D9%81%D8%B4-%D8%A8%D8%AC%D8%A7%D8%B2%D8%A7%D9%86/
https://moversriyadhcom.wordpress.com/
https://moversmedina.wordpress.com/
https://moversfurniture2018.wordpress.com/
https://moversmecca.wordpress.com/
https://khairyayman74.wordpress.com/
https://companymoversmecca.home.blog/
https://companymoverstaif.home.blog/
https://companymoverskhamismushit.home.blog/
https://whitear.home.blog/
https://companyhouseservice.wordpress.com/
http://bestmoversfurniture.wordpress.com/
https://companymoversjeddah.wordpress.com/
https://companycleaning307819260.wordpress.com/
https://companymoversriyadh.wordpress.com/
https://ataralmadinah662300791.wordpress.com/
https://groups.google.com/g/moversfurniture/c/wwQFSNvgyAI
https://groups.google.com/g/moversfurniture/c/4L1oHETS4mQ
https://nowewyrazy.uw.edu.pl/profil/khairyayman
https://companyhouseservice.wordpress.com/2022/08/06/%d8%a7%d9%81%d8%b6%d9%84-%d8%b4%d8%b1%d9%83%d8%a9-%d8%aa%d9%86%d8%b8%d9%8a%d9%81-%d8%a8%d8%a7%d9%84%d8%b1%d9%8a%d8%a7%d8%b6/



شركات نقل العفش بجدة   —   January 30, 2023

شركات نقل عفش واثاث بجدة
شركات نقل عفش بالطائف
اسعار وارقام شركات نقل العفش بالمدينة المنورة
دينا نقل عفش جدة ,افضل دينا
ارخص شركه نقل عفش بجده
دليل شركات نقل العفش بجدة
شركة نقل عفش برابغ 15, عام خبرة
شركات نقل عفش واثاث بالباحه
وسائل نقل العفش بخميس مشيط

1  2  3  Next ›

LEAVE A COMMENT

Name

Email

Comment

POST COMMENT

This site is protected by hCaptcha and the hCaptcha Privacy Policy and Terms of Service apply.

You may also like

Blog post

Give your customers a summary of your blog post

MORE

PRIVACY
REFUNDS
TERMS OF SERVICE
SEARCH
FAQ
CONTACT US
SHIPPING
BECOME AN INFLUENCER

STAY IN TOUCH

Enter email here

WE ARE PSEUDO LABS

Pseudo Labs is an evolving collection of cosmetics offering
enhanced, naturally produced appearances
while remaining completely authentic.
We are, and always will be, for all skin types.
Pseudo Labs Beauty, Inc.
2655 S Le Jeune Rd. STE 602 Coral Gables FL 33156

help@pseudolabs.com

© 2024, PSEUDO LABS. All rights reserved.